# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **METLIFE LIFE AND ANNUITY** | * | |
| **COMPANY OF CONNECTICUT,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **CIVIL ACTION FILE** |
| **v.** | * | **1:13-CV-03898-TWT** |
| | * | |
| **UZO AKPELE; J.E.A. (a minor); and** | * | |
| **ANN HERRERA (in her capacity as** | * | |
| **Temporary Administrator of THE ESTATE** | * | |
| **OF IGNATIUS ESEKHAIGBE AKPELE),** | * | |
| | * | |
| **Defendants,** | * | |
| **_____** | * | **JURY TRIAL DEMANDED** |
| | * | |
| **UZO AKPELE; and J.E.A. (a minor);** | * | |
| | * | |
| **Counter-Claimants,** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **METLIFE LIFE AND ANNUITY** | * | |
| **COMPANY OF CONNECTICUT,** | * | |
| | * | |
| **Counter-Claim Defendant,** | * | |

## DEFENDANTS UZO & J.E.A.'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT ANN J. HERRERA'S MOTION FOR A PROTECTIVE ORDER, TO QUASH SUBPOENA AND, TO STAY OR CONDITION NOTICES TO TAKE DEPOSITION AND NOTICE TO PRODUCE OUT OF TIME BY 6 DAYS

**COME NOW UZO AKPELE ("UZO") AND J.E.A (MINOR)**, Co-Defendants-In-Interpleader and counter-claimants in the above-styled civil action, by and through their undersigned counsel, and pursuant to Rule 7.1A of this Court and file their Motion seeking the Court's leave to file their Response in Opposition of Defendant Ann J. Herrera's Motion for Protective Order, to Quash Subpoena and to

Stay or Condition Notices to Take Deposition and Notice to Produce Out of Time by 6 Days. For good cause shown these Defendants show the Honorable Court that their failure to file a timely response was due to reasons beyond their control and that could not be anticipated or prevented prior to the occurrence. Therefore, these Defendants request that the Court Grant them leave of 6 days to file thieir response, which is filed contemporaneously with this motion.

1.

On August 12, 2014, Defendant Ann Herrera filed a Motion for Protective Order, to Quash Subpoena and to Stay or Condition Notices to Take Deposition and Notice to Produce . **[Doc. No. 41-1]**.

2.

Specifically, Defendant Herrera moves the Honorable Court for:

A.     Entry of a protective order staying and prohibiting these Defendants' proposed deposition of Defendant Herrera's counsel, J. David Putnal, Esq., Mazursky Constantine, LLC, Esq. and Quashing the Subpoena and prohibiting the production of the requested documents;

B.     Or in the alternative, for the entry of a protective order conditioning that the examination in the proposed deposition of Defendant Herrera's counsel, J. David Putnal, Esq. be expressly limited in scope to the facts which may have transpired outside or independent of any advice of counsel given by J. David Putnal, Esq. in connection with his employment as Defendant Herrera's counsel; and

C.   For entry of a protective order limiting and conditioning Defendant Herrera's proposed deposition and specifically providing that her examination be expressly limited in scope to the facts which may have transpired in her efforts in the MeLife Interpleader action and prohibiting any examination that concern her communication with her counsel, David Putnal, Esq. and prohibiting any examination as to the facts or issues in the probate Estate matters generally, or to the Akpele Defendants' claims of Defendant Herrera's alleged wrongdoing or failures in the Estate, which are totally unrelated to the MetLife Interpleader action.

**[Doc. No. 41-1]**.

3.

Pursuant to LR 7.1B NDGa., the response to the aforesaid motion was due in Court by or no later than August 29, 2014.

4.

Immediately upon being served with a copy of the motion, the undersigned counsel for Defendants Uzoamaka and JEA, read and began to research and formulate his response to the motion. In addition, the undersign initiated preparation of the written response within Seven (7) days of receipt of a copy of the motion.

5.

However, last Friday on August 29, 2014, and as I was finalizing and proofing the final draft of my written brief, my office experience a sudden electrical power surge and outage, which caused my computer network to "crash." As a direct

consequence of the crash, I lost all data that I had worked on but not backed up which included the written brief that I was finalizing for filing on that date of August 29, 2014; all information was lost. As a matter of office policy, my computer system was programmed to back up the computer memory every Saturday. Thus, I lost all data that had not been backed up since my last back up a week earlier.

6.

Once my network server was repaired and re-booted after the labor day holiday weekend, on Tuesday, September 2, 2014, I immediately began to rewrite and rebuild the responsive brief which has taken me two (2) full days to accomplish and file.

7.

This motion has not been interposed for delay nor dilatory reasons

8.

For the foregoing reasons, Defendants Uzoamaka Akpele and JEA request that the Court Grant them leave to file their response to defendant Herrera's aforesaid motion out of time by 6 days, in the interest of equity and fair play.

Respectfully submitted, this __4th__ day of ____September____, 2014.

      s/Bobby C. Aniekwu
      Bobby C. Aniekwu, Esq.
      Georgia State Bar No. 019840
      Attorney for Counter-Claimants

**BOBBY C. ANIEKWU & ASSOCIATES, LLC**
127 Peachtree Street, N.E.
Suite 1330 - The Candler Building
Atlanta, Georgia 30303-1800
Bobby.Aniekwu@att.net
Tel: 404-885-1717
Fax: 404-885-1712

## DECLARATION & VERIFICATION

Pursuant to 28 U.S.C. Sec. 1746, I declare under the penalty of perjury under the laws of the United States of America, that the foregoing statements are true and correct.

Respectfully submitted, this __4th__ Day of ___September___, __2014__.

 s/Bobby C. Aniekwu
Bobby C. Aniekwu, Esq.
Declarant

**BOBBY C. ANIEKWU & ASSOCIATES, LLC**
127 Peachtree Street, N.E.
Suite 1330 - The Candler Building
Atlanta, Georgia 30303-1800
Bobby.Aniekwu@att.net
Tel: 404-885-1717
Fax: 404-885-1712

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **METLIFE LIFE AND ANNUITY COMPANY OF CONNECTICUT,** | * | |
| | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **CIVIL ACTION FILE** |
| **v.** | * | **1:13-CV-03898-TWT** |
| | * | |
| **UZO AKPELE; J.E.A. (a minor); and** | * | |
| **ANN HERRERA (in her capacity as** | * | |
| **Temporary Administrator of THE ESTATE** | * | |
| **OF IGNATIUS ESEKHAIGBE AKPELE),** | * | |
| | * | |
| **Defendants,** | * | |
| **_____** | * | **JURY TRIAL DEMANDED** |
| | * | |
| **UZO AKPELE; and J.E.A. (a minor);** | * | |
| | * | |
| **Counter-Claimants,** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **METLIFE LIFE AND ANNUITY** | * | |
| **COMPANY OF CONNECTICUT,** | * | |
| | * | |
| **Counter-Claim Defendant,** | * | |

## RULE 5.1B CERTIFICATE OF TYPE, FORMAT AND FONT SIZE

Pursuant to Local Rule 5.1B of the Northern District of Georgia, the undersigned certifies that the foregoing submission, was computer-processed, prepared in double spaces between lines using Times New Roman of 14 point size.

Submitted, this  4th  day of       September       , 2014.

/s/ Bobby C. Aniekwu
Bobby C. Aniekwu, Esq.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| METLIFE LIFE AND ANNUITY COMPANY OF CONNECTICUT, | * * * | |
| **Plaintiff,** | * * | |
| v. | * * | **CIVIL ACTION FILE** 1:13-CV-03898-TWT |
| UZO AKPELE; J.E.A. (a minor); and ANN HERRERA (in her capacity as Temporary Administrator of THE ESTATE OF IGNATIUS ESEKHAIGBE AKPELE), | * * * * * | |
| **Defendants,** | * * | |
| _____ | * * | **JURY TRIAL DEMANDED** |
| UZO AKPELE; and J.E.A. (a minor); | * * | |
| **Counter-Claimants,** | * * | |
| v. | * * | |
| METLIFE LIFE AND ANNUITY COMPANY OF CONNECTICUT, | * * * | |
| **Counter-Claim Defendant,** | * | |

_____

# CERTIFICATE OF SERVICE
_____

This is to certify that I have on this date served a true and correct copy of the foregoing Defendants Uzoamaka and JEA Motion for Leave of Court to File Response to Defendant Herrera's Motion for Protective Order Out of Time by Six (6) days upon the Plaintiff and Co-Defendant Herrera's counsel, by filing this response and brief by means of the Court's electronic CM/ECF filing system which will in turn

serve other Parties' counsel with copies of this filing at the following electronic addresses:

**Robert Wayne (Counsel for Ann Herrera, as Temporary Administrator of Estate of Ignatius Akpele)**

**Jennifer Rathman & Elizabeth Bondurant (Counsel for MetLife)**

This ___4ᵗʰ___ day of _____September_____, 2014.

s/Bobby C. Aniekwu
Bobby C. Aniekwu, Esq.

**BOBBY C. ANIEKWU & ASSOCIATES, LLC**
127 Peachtree Street, N.E.
Suite 1330 - The Candler Building
Atlanta, Georgia 30303-1800
Bobby.Aniekwu@att.net
Tel: 404-885-1717
Fax: 404-885-1712