```
                                              Deed Book 41558 Pg  339
                                              Filed and Recorded Dec-16-2005 08:30am
                                                    2005-0485173
                                              Georgia Intangible Tax Paid $4,068.00
Return To:  AFTER RECORDING                        Juanita Hicks
            PLEASE RETURN TO:                      Clerk of Superior Court
            CAMPBELL & BRANNON, L.L.C.             Fulton County, Georgia
            ATTORNEYS AT LAW
            ONE LAKESIDE COMMONS, STE. 800
            990 HAMMOND DRIVE
            ATLANTA, GEORGIA 30328-5511
Prepared By:
DEBORAH O. CARTER
SunTrust Mortgage, Inc.
1626 FREDERICA ROAD, ST. SIMONS ISLAND, GA 31522
```

AP#: AKPEL0029103736 —[Space Above This Line For Recording Data]—
LN#: 0029103736

# SECURITY DEED

MIN 1000104-0029103736-2

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated      December 9, 2005
together with all Riders to this document.
(B) "Borrower" is
IGNATIUS E. AKPELE and UZOAMAKA AKPELE

Borrower is the grantor under this Security Instrument.
(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. **MERS is the grantee under this Security Instrument.** MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

GEORGIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS      Form 3011 1/01

-6A(GA) (0006) 01
Page 1 of 14    MW 05/00 01    Initials: [IA]
VMP MORTGAGE FORMS - (800)521-7291

K6(1)

AP#: AKPEL0029103736
LN#: 0029103736

Deed Book 41558 Pg 340

(D) "**Lender**" is SunTrust Mortgage, Inc.

Lender is a Virginia Corporation
organized and existing under the laws of   the state of Virginia
Lender's address is 901 Semmes Avenue, Richmond, VA 23224

(E) "**Note**" means the promissory note signed by Borrower and dated   December 9, 2005
The Note states that Borrower owes Lender One Million Three Hundred Fifty Six Thousand and no/100                                                                                                Dollars
(U.S. $ 1,356,000.00   ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than   January 1, 2036   .
(F) "**Property**" means the property that is described below under the heading "Transfer of Rights in the Property."
(G) "**Loan**" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.
(H) "**Riders**" means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

[X] Adjustable Rate Rider   [ ] Condominium Rider          [ ] Second Home Rider
[ ] Balloon Rider           [X] Planned Unit Development Rider [ ] 1-4 Family Rider
[ ] VA Rider                [ ] Biweekly Payment Rider     [X] Other(s) [specify]
                                                           Waiver of Borrower's Rights
                                                           Closing Attorney's Affidavit

(I) "**Applicable Law**" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.
(J) "**Community Association Dues, Fees, and Assessments**" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.
(K) "**Electronic Funds Transfer**" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.
(L) "**Escrow Items**" means those items that are described in Section 3.
(M) "**Miscellaneous Proceeds**" means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.
(N) "**Mortgage Insurance**" means insurance protecting Lender against the nonpayment of, or default on, the Loan.
(O) "**Periodic Payment**" means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.
(P) "**RESPA**" means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used

-6A(GA) (0005) 01                  Page 2 of 14              Initials: _____          Form 3011 1/01

K6(2)